**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-19-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **KAYLA GRUCE,** | |
| **Defendant.** | |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that page 5 of the judgement in this matter will be amended to include the restitution amount of $2,360.00.

DATED this 27th day of February, 2019.

_____
Brian Morris
United States District Court Judge